HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
VITALY V. KONONOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-po-00387-CSK |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE INITIAL APPEARANCE; PROPOSED ORDER** |
| vs. | ) ) | |
| VITALY V. KONONOV, | ) ) ) | Date: July 23, 2025
Time: 10:00
Judge: Honorable Chi Soo Kim |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Heiko Coppola, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Vitaly V. Kononov, **that the initial appearance scheduled for May 7, 2025 may be continued to July 23, 2025, at 10:00 a.m.**

Mr. Kononov has not yet made a formal initial appearance, having not been in a suitable state of mind to participate in the proceedings at the time of his original hearing in late 2024. He is currently in state custody, and has been found to be incompetent. Absent a writ, Mr. Kononov is unable to appear in his federal case at this time. A copy of the evaluation and report by the States's expert has been provided to the government for their review and consideration as to how to proceed in this matter.

The parties seek the requested continuance in order to meet and confer regarding how to

proceed in the case, and to provide time for Mr. Kononov's restoration and release from state custody, such that he may appear in Federal Court.

The parties therefore respectfully request that the initial appearance scheduled for May 7, 2025, at 10:00 a.m. be continued to July 23, 2025, at 10:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2025

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
VITALY V. KONONOV

Date: May 6, 2025

MICHELLE BECKWITH
Acting United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. The initial appearance currently set for May 7, 2025 at 10:00 a.m. is HEREBY CONTINUED to July 23, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge